\*\*E-filed 12/04/2007\*\*

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FELIX TORRES, JR.,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>　　　　　Defendants. | Case Number C-07-05561-JF (HRL)<br><br>ORDER[1] GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>[Doc. No. 2] |

　　　Plaintiff Felix Torres, Jr. ("Torres") filed the instant action on November 1, 2007 and on the same date filed an application to proceed *in forma pauperis*. Torres' application states that he has the following monthly expenses: $627.00 for a car payment; $310.00 for food; $25.00 for clothing; $65.00 for a cell phone bill; $130.00 for auto insurance; $30.00 for medication; and $310.00 for gasoline. Those monthly expenses total $1,497.00. Torres' monthly Social Security disability income is $1516.00.

　　　Accordingly, IT IS ORDERED that the application to proceed *in forma pauperis* is

---

　　[1]　This disposition is not designated for publication and may not be cited.

Case No. C-07-05561-JF (HRL)
ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFEX2)

1  GRANTED.² Plaintiff has a continuing obligation to keep the Court informed of his current

2  address. Failure to do so may result in dismissal of this action.

6  DATED: December 4, 2007

                                                JEREMY FOGEL
                                                United States District Judge

---

² The Court takes judicial notice of the proceedings in *Torres v. HSBC Bank of Nevada et al.*, Case No. CV-07-2350 PVT, in which Plaintiff raises similar but factually-distinct claims against another financial institution. The Court notes that Magistrate Judge Trumbull denied Plaintiff's initial application to proceed *in forma pauperis* and then denied Plaintiff's motion for reconsideration in which Plaintiff claims the same monthly expenses he claims here. However, Judge Trumbull's denial of the motion for reconsideration appears to have been based upon Plaintiff's failure to satisfy the procedural requirements of such a motion rather than the substantive determination that Plaintiff is able to pay the filing fee in light of his actual monthly expenses.

1  Copies of Order mailed to:
2
3  Felix Torres, Jr.
   P.O. Box 8065
4  LaGuna Hills, CA 92654
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Case No. C-07-05561-JF (HRL)
ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFEX2)