P.O. BOX 8065
LAGUNA HILLS, CA 92654
Email: boalt77@yahoo.com

FILED

# OFFICE OF FELIX TORRES, JR.

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

February 8, 2008

US FEDERAL DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
C/O CIVIL CLERK
280 SOUTH FIRST STREET
SAN JOSE, CA 95113

   RE: TORRES v WELLS FARGO & COMPANY et al
       CASE NO. 07-05561 JF

Dear CIVIL CLERK:

I enclose the name and address of the agent for legal service of WELLSFARGO. I tried to have them served via a WAIVER OF SUMMONS AND COMPLAINT on December 31, 2007. To date, I have not received any response.

Please note, that a fee waiver was granted by the Court on 12/04/2007.

Thus, under the Court Rules the US Marshall shall serve the summons and complaint on my behalf.

WELLSFARGO & COMPANY

C/O CORPORATION SERVICE COMPANY

2711 CENTERVILLE ROAD, STE 400

WILMINGTON, DE 19808


Should you have any questions or comments regarding the above please contact my office?

*February 8, 2008*
*Page 2*

Sincerely,

FELIX TORRES, JR.