# UNITED STATES DISTRICT COURT
## JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

### CIVIL MINUTES

**Court Proceedings:** Case Management Conference, February 29, 2008
**Case Number:** CV-07-5561-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:          **FELIX TORRES, JR. V. WELLS FARGO & COMPANY, ET AL**

                **PLAINTIFF**                          **DEFENDANT**


        **Attorneys Present:**                **Attorneys Present:**

---

PROCEEDINGS:
        Case management conference  held.  There are no appearances.  The case is
    set for Order to Show Cause re Dismissal hearing on 4/11/08 at 10:30 a.m.