P.O. BOX 8065
LAGUNA HILLS, CA 92654
Email: boalt77@yahoo.com

# OFFICE OF FELIX TORRES, JR.

February 25, 2008

US FEDERAL DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
C/O CIVIL CLERK
280 SOUTH FIRST STREET
SAN JOSE, CA 95113

RE: TORRES v WELLSFARGO & COMPANY et al.
Case No. 07 CV 05561 JF

Dear Civil Clerk:

The Case Management Conference in this case set for Friday the 29th of 2008 should be continued. Even though my fee waiver has been approved the US Marshal's Office has not served the Summons and Complaint.

I have tried several times to have defendants sign a Notice and Waiver of Summons/Complaint for months but to no avail.

Should you have any questions or comments regarding the above please contact my office?

Sincerely,

FELIX TORRES, JR.