# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

FELIX TORRES, JR. et al.

                Plaintiffs

    V.

WELLS FARGO & COMPANY; WELLS FARGO BANK N.A. et al.

                Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07-05561 JF

TO: (Name and address of defendant)

WELLS FARGO & COMPANY
C/O CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, STE 400
WILMINGTON, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

FELIX TORRES, JR.
P.O. BOX 8065
LAGUNA HILLS, CA 92654
PHONE: 650-906-1346
EMAIL: boalt77@yahoo.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 3/5/08

_(signature)_
(BY) DEPUTY CLERK