UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FELIX TORRES, JR.,                          Case No.  CV-07-5561-JF
        Plaintiff,
                                      ORDER TO SHOW CAUSE RE:
   V.                                       DISMISSAL
WELLS FARGO & COMPANY,
        Defendants.

The above named matter came regularly for a case management conference hearing

before the Honorable Jeremy Fogel in Courtroom 3, on February 29, 2008 at 10:30 a.m.

No appearance was made by Plaintiff.  The Court hereby issues this ORDER TO SHOW CAUSE,

to be heard on April 11, 2008 at 10:30 a.m., as to why this action should not be dismissed

for failure to prosecute.  If Plaintiff does not file a response to the ORDER TO SHOW CAUSE

by April 1, 2008, demonstrating why the case should not be dismissed, the Court will dismiss

the action without prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to

prosecute.


Date: March 5, 2008
                                                     
                            JEREMY FOGEL
                            United States District Judge