David C. Powell (SBN 129781)
Kristine H. Chen (SBN 239925)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendants
Wells Fargo & Company and Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELIX TORRES, JR., individually and on behalf of all similarly situated individuals, <br><br>                    Plaintiff, <br><br> vs. <br><br> WELLS FARGO & COMPANY, WELLS FARGO BANK N.A.; and DOES 1-10, inclusive, <br><br>                    Defendants. | Case No. 5:07-cv-05561-JF <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE DEFENDANT WELLS FARGO & COMPANY AND STRIKING ALL CLASS ALLEGATIONS FROM THE COMPLAINT** <br><br> Compl. Filed:    November 1, 2007 <br><br> Honorable Jeremy Fogel |

## STIPULATION

Defendants Wells Fargo & Company and Wells Fargo Bank, N.A., by and through their counsel of record, and Plaintiff Felix Torres, Jr. ("Plaintiff"), stipulate and agree to the following:

WHEREAS on or about November 1, 2007, Plaintiff filed the Complaint in this action against Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.;

WHEREAS Wells Fargo & Company is located in the state of California.

IT IS HEREBY STIPULATED THAT:

1. Plaintiff agrees to dismiss with prejudice, pursuant to Federal Rule of Civil Procedure 41, Defendant Wells Fargo & Company from the Complaint;

2. Plaintiff agrees to strike all class allegations from the Complaint and proceed in this action as an individual.

DATED: March 6, 2008

REED SMITH LLP

By _____
David C. Powell
Kristine H. Chen
Attorneys for Defendants
Wells Fargo & Company and Wells
Fargo Bank, N.A.

DATED: March 6, 2008

FELIX TORRES, JR.
_____
Felix Torres, Jr.
Plaintiff

## [PROPOSED] ORDER

Pursuant to the Stipulation above, IT IS SO ORDERED that:

(1) Defendant Wells Fargo & Company is dismissed with prejudice from the Complaint; and

(2) All class allegations are stricken from the Complaint.

Dated: _____, 2008

_____
Honorable Jeremy Fogel
Judge, United States District Court

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# CERTIFICATE OF SERVICE

<u>Felix Torres, Jr. v. Wells Fargo & Co., et al.</u>
US District Court for Northern California Case No. 5:07-cv-05561-JF

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922. On March 6, 2008, I served the following document(s) by the method indicated below:

**STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE DEFENDANT WELLS FARGO & COMPANY AND STRIKING ALL CLASS ALLEGATIONS FROM THE COMPLAINT**

☐ by transmitting via facsimile on this date from fax number +1 415 391 8269 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

Felix Torres, Jr.
P.O. Box 8065
Laguna Hills, CA 92654

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 6, 2008, at San Francisco, California.



Corinne Cadon