1  David C. Powell (SBN 129781)
   Email: dpowell@reedsmith.com
2  Kristine H. Chen (SBN 239925)
   Email: kchen@reedsmith.com
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA 94111-3922

5  **Mailing Address:**
   P.O. Box 7936
6  San Francisco, CA 94120-7936

7  Telephone:    +1 415 543 8700
   Facsimile:    +1 415 391 8269
8
   Attorneys for Defendants
9  Wells Fargo & Company and Wells Fargo Bank,
   N.A.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELIX TORRES, JR.,<br>individually and on behalf of all similarly situated individuals,<br><br>    Plaintiff,<br><br> vs.<br><br>WELLS FARGO BANK & COMPANY,<br>WELLS FARGO BANK N.A.; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 5:07-cv-05561-JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(f)**<br><br>Hearing Date: May 16, 2008<br>Time:    9:00 a.m.<br>Place:    Courtroom 3<br>Compl. Filed: November 1, 2007<br><br>Honorable Jeremy Fogel |

This matter having come before the Court on Defendant Wells Fargo Bank, N.A.'s Motion to Strike and the Court having reviewed the papers filed by the parties and the record in this action, and having heard the argument of the parties, hereby finds that good cause exists and,

**IT IS HEREBY ORDERED THAT** Defendant's Motion to Strike is GRANTED in its entirety. Plaintiff's references to himself as an attorney and Plaintiff's request for attorneys' fees are hereby stricken from the Complaint.

DATED: _____, 2008.

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE