David C. Powell (SBN 129781)
Email: dpowell@reedsmith.com
Kristine H. Chen (SBN 239925)
Email: kchen@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:  +1 415 543 8700
Facsimile:  +1 415 391 8269

Attorneys for Defendants
Wells Fargo & Company and Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELIX TORRES, JR., individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK & COMPANY, WELLS FARGO BANK N.A.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:07-cv-05561-JF<br><br>**CERTIFICATE OF SERVICE RE DEFENDANT WELLS FARGO BANK, N.A.'S NOTICE OF MOTION AND MOTION TO STRIKE ALLEGATIONS FROM PLAINTIFF'S COMPLAINT**<br><br>[Filed Concurrently with Notice of Motion and Motion, Request for Judicial Notice and [Proposed] Order]<br><br>Hearing Date:   May 16, 2008<br>Time:           9:00 a.m.<br>Place:          Courtroom 3<br>Compl. Filed:   November 1, 2007<br><br>Honorable Jeremy Fogel |

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922. On March 14, 2008, I served the following document(s) by the method indicated below:

**DEFENDANT WELLS FARGO BANK, N.A.'S NOTICE OF MOTION AND MOTION TO STRIKE ALLEGATIONS FROM PLAINTIFF'S COMPLAINT;**

**DEFENDANT WELLS FARGO BANK, N.A.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT;**

**[PROPOSED] ORDER GRANTING DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(f)**

☐ by transmitting via facsimile on this date from fax number +1 415 391 8269 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via email to the parties at the email addresses listed below:

Felix Torres, Jr.
P.O. Box 8065
Laguna Hills, CA 92654

– 1 –
Proof of Service

DOCSSFO-12509180.1

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on March 14, 2008, at San Francisco, California.

_____
Glenn E. Guzik