David C. Powell (SBN 129781)
Email: dpowell@reedsmith.com
Kristine H. Chen (SBN 239925)
Email: kchen@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendants
Wells Fargo & Company and Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELIX TORRES, JR., individually and on behalf of all similarly situated individuals,<br><br>             Plaintiff,<br><br>  vs.<br><br>WELLS FARGO BANK & COMPANY, WELLS FARGO BANK N.A.; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. 5:07-cv-05561-JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>Hearing Date:  May 16, 2008<br>Time:  9:00 a.m.<br>Place:  Courtroom 3<br>Compl. Filed:  November 1, 2007 |

This matter having come before the Court on Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss and the Court having reviewed the papers filed by the parties and the record in this action, and having heard the argument of the parties, hereby finds that good cause exists and,

**IT IS ORDERED THAT**:

(1) Defendant's Motion to Dismiss is hereby GRANTED; and

(2) The defects in Plaintiff's claims cannot be cured by amendment. Therefore, the Motion to Dismiss of Defendant is hereby granted WITHOUT LEAVE TO AMEND.

DATED: _____, 2008.

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE