1  FELIX TORRES, JR.
   P.O. BOX 8065
2  LAGUNA HILLS, CA 92654
   TELEPHONE: 650-906-1346
3  EMAIL: boalt77@yahoo.com

FILED
2008 MAR 31  P 3:20

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

4           UNITED STATES DISTRICT COURT
            NORTHER DISTRICT OF CALIFORNIA
5                  SAN JOSE DIVISION

6  FELIX TORRES, JR.,                ) Case No.07-05561 JF
   Individually and on behalf of all )
7  Similarly Situated Individuals    )
                                     ) **PLAINTIFF'S RESPONSE TO THE**
8                                    ) **COURT'S ORDER TO SHOW**
            Plaintiffs,              ) **CAUSE RE DISMISSAL DATED**
9     vs.                            ) **3/06/2008 and WAIVER OF ORAL**
                                     ) **ARUGUMENT.**
   WELLS FARGO & COMPANY;            )
10 WELLS FARGO BANK N.A.; and        )
   DOES 1-10, Inclusive,             ) Complaint filed 11/01/2007
11                                   )
            Defendants               )
12                                   )
                                     )
13 _____)

14 PLAINTIFF responds to the court's Order to Show Cause re Plaintiff's failure to

15 appear at the scheduled Case Management Conference on February 29, 2008 i.e.

16 dismissal. By the attached declaration of FELIX TORRES, JR. incorporated

17 herein, Plaintiff asserts that he has and continues to prosecute this case and

18 respectively, request this Court to vacate its OSC and in addition Plaintiff waives

19 his appearance and oral argument at the scheduled OSC for April 10, 2008.

20

Response to OSC re Dismissal

## INTRODUCTION

1. Plaintiff filed this case on November 11, 2007 along with his Motion to Proceed in forma pauperis. (Please see Exhibit A Case Docket Sheet hereinafter CDS item 1 and 2). This court ruled on his request for a fee waiver on December 4, 2007, yet the summons was not issued until March 3, 2008 (Exhibit A items 5 & 9).

2. During this time (December 2007 through present Plaintiff has tried to have the defendants served re a Notice of Lawsuit and Request for Waiver of Summons. (Please see Plaintiffs Exhibits B (letter dated 12/13/2007 to agent for service of summons in Delaware) and Exhibit C (Letter dated February 8, 2008 to the Clerk of this Court regarding my efforts and the name and address of the agent for defendants for US Marshal service pursuant to Local and Federal Rules of Procedure after fee waiver has been granted).

3. Mindful of the fast approaching CMC dated and the defendants not having been served (or accepting service), Plaintiff called this court's clerk regarding procedure to continue the CMC. Plaintiff followed the instruction by the court's staff and proceeded to write and file a letter dated February 25, 2008 (Filed by the Clerk on March 3, 2008 CDS item 8), requesting a continuance.

4. Sometime in the middle of February 2008, Plaintiff served a local branch of Wells Fargo in Laguna Hills, California with Notice of Lawsuit and Request for

1  Waiver of Summons. Soon thereafter Plaintiff was contacted by Reed Smith LLP
2  and informed that they would be answering Plaintiff's complaint.
3  Since the issuance of OSC, Plaintiff and defense counsel, Reed Smith LLP have
4  stipulated to certain issues and the defendants have filed separated motions to
5  strike and dismiss. (Please see CDS items 13 through 20). Plaintiff intends to
6  response to these two motions 21 days before the hearing date of May 16, 2008.
7  Plaintiff is currently in Laguna Hills, California undergoing extensive dental
8  work and under going medical exams regarding his physical condition Myasthenia
9  Gravis. Furthermore, Plaintiff is engaged in the discovery process in Torres v City
10 of Laguna Niguel et al. **SACV-0D7-736 GW (JWJ)**, originally filed in this district
11 but pursuant to a motion by defendants (a change of venue) the case was
12 transferred to the Central District).
13 Plaintiff believes that his return to Santa Cruz, California will be on or before
14 May 1, 2008.
15 Thus, Plaintiff is unable to appear at the hearing of this OSC set for April 11,
16 2008 **AND HEREBY WAIVES HIS APPEARCE AND ORAL ARGUMENT.**

**CONCLUSION**

17
18 For the reasons stated above the Plaintiff has at all times sought to prosecute
19 this case and was under the mistaken impression that his case would be continued
20

Response to OSC re Dismissal

1  by his letter of February 25, 2008. After the court rues on the defendant's motion
2  to strike and dismiss a new CMS should be set at the court's convenience.

3

DATED: MARCH 26, 2008

4

*[signature]*

5  FELIX TORRES, JR.
   Pro per

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

Response to OSC re Dismissal

**5:07-cv-05561-JF** Torres v. Wells Fargo & Company et al
Jeremy Fogel, presiding
Howard R. Lloyd, referral
Date filed: 11/01/2007
Date of last filing: 03/14/2008

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 13 | Filed & Entered: 03/14/2008 | Motion to Strike |
| 14 | Filed & Entered: 03/14/2008 | Request for Judicial Notice |
| 15 | Filed & Entered: 03/14/2008 | Proposed Order |
| 16 | Filed & Entered: 03/14/2008 | Certificate of Service |
| 17 | Filed & Entered: 03/14/2008 | Motion to Dismiss |
| 18 | Filed & Entered: 03/14/2008 | Proposed Order |
| 19 | Filed & Entered: 03/14/2008 | Certificate of Service |
| 20 | Filed & Entered: 03/14/2008 | Order |
| 11 | Filed & Entered: 03/06/2008 | Order to Show Cause |
| 12 | Filed & Entered: 03/06/2008 | Stipulation |
| 9 | Filed & Entered: 03/05/2008 | Summons Issued |
| 10 | Filed & Entered: 03/05/2008 | Stipulation |
| 8 | Filed: 03/04/2008 Entered: 03/05/2008 | Letter |
| 7 | Filed: 02/29/2008 Entered: 03/03/2008 | Case Management Conference - Initial |
| 6 | Filed: 02/11/2008 Entered: 02/12/2008 | Letter |
| 5 | Filed & Entered: 12/04/2007 | Order on Motion for Leave to Proceed in forma pauperis |
| -- | Filed: 11/01/2007 Entered: 11/02/2007 | Case Referred to ECF |
| 1 | Filed: 11/01/2007 Entered: 11/02/2007 | Complaint |
| 2 | Filed: 11/01/2007 Entered: 11/02/2007 Terminated: 12/04/2007 | Motion for Leave to Proceed in forma pauperis |
| 3 | Filed: 11/01/2007 Entered: 11/02/2007 | Declination to Proceed Before a U.S. Magistrate Judge |
| 4 | Filed: 11/01/2007 Entered: 11/02/2007 | ADR Scheduling Order |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/26/2008 12:41:15 | | | |
| PACER Login: | ft0246 | Client Code: | torres |
| Description: | History/Documents | Search Criteria: | 5:07-cv-05561-JF |

P.O. BOX 8065
LAGUNA HILLS, CA 92654
Email: boalt77@yahoo.com

# LAW OFFICE OF FELIX TORRES, JR.[1]

December 31, 2007

CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD SUITE 400
WILMINGTON, DE  19808

RE: TORRES v WELLS FARGO & COMPANY et al. Case No. C07-05561 JF

TO WHOM IT MAY CONCERN:

I enclose the following documents for service on WELLS FARGO & COMPANY regarding the above mentioned law suit;

1. Complaint

2. Waiver of Service of Summons (2 copies) with return self addressed prepaid envelope.

3. Notice of Lawsuit and Request for Waiver of Service of Summons

4. Order Setting Initial Case Management Conference and ADR Deadlines.

5. Dispute Resolution Procedures

Should you have any questions or comments regarding the above please contact my Office?

Sincerely,

.FELIX TORRES, JR.

---

[1] SBN 135480 RETIRED (NOT ENTITLED)

P.O. BOX 8065
LAGUNA HILLS, CA 92654
Email: boalt77@yahoo.com

# OFFICE OF FELIX TORRES, JR.

February 8, 2008

US FEDERAL DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
C/O CIVIL CLERK
280 SOUTH FIRST STREET
SAN JOSE, CA 95113

RE: TORRES v WELLS FARGO& COMPANY et al
CASE NO. 07-05561 JF

Dear CIVIL CLERK:

I enclose the name and address of the agent for legal service of WELLSFARGO. I tried to have them served via a WAIVER OF SUMMONS AND COMPLAINT on December 31, 2007. To date, I have not received any response.

Please note, that a fee waiver was granted by the Court on 12/04/2007.

Thus, under the Court Rules the US Marshall shall serve the summons and complaint on my behalf.

WELLSFARGO & COMPANY

C/O CORPORATION SERVICE COMPANY

2711 CENTERVILLE ROAD, STE 400

WILMINGTON, DE 19808

Should you have any questions or comments regarding the above please contact my office?

*February 8, 2008*
*Page 2*

Sincerely,


FELIX TORRES, JR.

P.O. BOX 8065
LAGUNA HILLS, CA 92654
Email: boalt77@yahoo.com

# OFFICE OF FELIX TORRES, JR.

February 25, 2008

US FEDERAL DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
C/O CIVIL CLERK
280 SOUTH FIRST STREET
SAN JOSE, CA 95113

RE: TORRES v WELLSFARGO & COMPANY et al.
Case No. 07 CV 05561 JF

Dear Civil Clerk:

The Case Management Conference in this case set for Friday the 29th of 2008 should be continued. Even though my fee waiver has been approved the US Marshal's Office has not served the Summons and Complaint.

I have tried several times to have defendants sign a Notice and Waiver of Summons/Complaint for months but to no avail.

Should you have any questions or comments regarding the above please contact my office?

Sincerely,

FELIX TORRES, JR.