| | |
|---|---|
| 1 | FELIX TORRES, JR. |
|   | P.O. BOX 8065 |
| 2 | LAGUNA HILLS, CA 92654 |
|   | TELEPHONE: 650-906-1346 |
| 3 | EMAIL: boalt77@yahoo.com |

FILED

2008 MAR 31 P 3: 34

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FELIX TORRES, JR., ) Case No. 07-05561 JF
Individually and on behalf of all )
Similarly Situated Individuals )
)
          Plaintiffs, ) DECLARATION OF FELIX TORRES,
  vs. ) JR., IN SUPPORT OF PLAINTIFF'S
) RESPONSE TO THE COURT'S
) ORDER TO SHOW CAUSE RE
WELLS FARGO & COMPANY; ) DISMISSAL DATED 3/06/2008 and
WELLS FARGO BANK N.A.; and ) **WAIVER OF ORAL ARUGUMENT.**
DOES 1-10, Inclusive, )
) Complaint filed: 11/01/2007
          Defendants )
)
)
)
_____)

I FELIX TORRES, JR. hereby declares:

1. I filed this case on November 11, 2007 along with my Motion to Proceed in Forma Pauperis. (Please see Exhibit A Case Docket Sheet hereinafter CDS items 1 and 2.

2. This court ruled on my request for a fee waiver on December 4, 2007, yet the summons was not issued until March 3, 2008 (Exhibit A items 5 & 9).

Declaration in Support of Response to OSC re Dismissal

3. During this time (December 2007 through present I tried to have the defendants served via a Notice of Lawsuit and Request for Waiver of Summons. Please see Exhibits B (letter dated 12/13/2007 to agent for service of legal documents in Delaware) and Exhibit C (Letter dated February 8, 2008 to the Clerk of this Court regarding my efforts and the name and address of agent for defendants for US Marshal service pursuant to Local and Federal Rules of Procedure after fee waiver has been granted).

4. Mindful of the fast approaching CMC date and the defendant not having been served (or accepting service), I called this court's clerk regarding procedure to continue the CMC. I followed the instruction by the court's staff and proceeded to write and file a letter dated February 25, 2008 (Filed by the Clerk on March 3, 2008 CDS item 8), requesting a continuance.

5. Sometime in the middle of February 2008, I served a local branch of Wells Fargo in Laguna Hills, California with Notice of Lawsuit and Request for Waiver of Summons. Soon thereafter, I was contacted by Reed Smith LLP and informed that they would be answering the complaint.

6. Since the issuance of OSC, I and defense counsel, Reed Smith LLP have stipulated to certain issues and the defendants have filed separated motions to strike and dismiss. Please see CDS items 13 through 20. I intend to

Declaration in Support of Response to OSC re Dismissal

1. response to these two motions 21 days before the hearing date of May 16, 2008.

7. I am currently in Laguna Hills, California undergoing extensive dental work and under going medical exams regarding my medical condition Myasthenia Gravis. Furthermore, I am engaged in the discovery process in Torres v City of Laguna Niguel et al. **SACV-0D7-736 GW (JWJ)**, originally filed in this district but pursuant to a motion by defendants (a change of venue) the case was transferred to the Central District.

8. I believe that I will be returning to Santa Cruz, California on or before May 1, 2008.

9. Thus, I am unable to appear at the hearing of this OSC set for April 11, 2008 **AND HEREBY WAIVE MY RIGHT TO APPEAR AND PRESENT ORAL ARGUMENT.**

SIGNED UNDER PENALY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT EXECUTED THIS DATE IN THE COUNTY OF ORANGE IN THE STATE OF CALIFORNIA.

DATED: MARCH 26, 2008

_[signature]_

Declaration in Support of Response to OSC re Dismissal