**E-Filed: 04/09/08**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FELIX TORRES, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO & COMPANY,<br><br>    Defendant. | Case Number CV-07-5561 JF<br><br>ORDER RE: DISMISSAL FOR FAILURE TO PROSECUTE |

**I. BACKGROUND**

On February 29, 2008, this Court ordered Plaintiff to show cause, in writing and by April 1, 2008, why the instant action should not be dismissed for lack of prosecution. Because Plaintiff has responded adequately to the order to show cause, the action will not be dismissed.

**II. DISCUSSION**

A district court has the authority to dismiss an action for failure to prosecute. *See* Fed.R.Civ.P. 41(b). This authority is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion of the district courts. *Link v. Wabash*

1 *Railroad Co.*, 370 U.S. 626, 629-630 (1962).

2  The discretion to dismiss an action for failure to prosecute should be exercised in light of five factors. *In re Eisen*, 31 F.3d 1447, 1451 (9th Cir. 1994). These factors are: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits and (5) the availability of less drastic sanctions. *Id*.

  In the instant case, all of the factors weigh against dismissal. Plaintiff has explained that as of February 25, 2008, the US Marshal's Office had not served the summons and complaint on Defendant. Under these circumstances, Plaintiff's failure to appear could not have resulted in any prejudice to Defendant. The public policy favoring disposition of a case on its merits weighs in favor of Plaintiff, and dismissal is a harsh penalty to be imposed only in extreme circumstances. *Industrial Bldg. Materials, Inc. v. Interchemical Corp.*, 437 F.2d 1336, 1339 (9th Cir. 1970).

### IV.  ORDER

The order to show cause is hereby discharged. Plaintiff shall appear at a case management conference on June 13, 2008 at 10:30 a.m.

DATED: April 9, 2008

JEREMY FOGEL
United States District Judge

Case No. V-07-5561 JF
ORDER RE: DISMISSAL FOR FAILURE TO PROSECUTE
(JFEX2)

1   This Order has been served upon the following persons:

2   Counsel for Plaintiff:

3   Ashwin Virji Ladva
    aladva@yahoo.com

4

5   Counsel for Defendant:

6   Mark F. Bernal
    mark.bernal@ccso.sccgov.org

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. V-07-5561 JF
ORDER RE: DISMISSAL FOR FAILURE TO PROSECUTE
(JFEX2)