1     CASE NO. No.07-05561 JF            **FILED**

2           PROOF OF EMAIL/MAIL SERVICES   2008 APR 24 P 3 11

3    I, FELIX TORRES, JR. am over 18 years if age and a party to the within above
      RICHARD W. WIEKING
    entitled action, that I am a resident of SANTA CRUZ, CA. COUNTY and the
4    CITY OF SANTA CRUZ, CALIFORNIA.
      U.S. DISTRICT COURT
      NO. DIST. OF CA. S.J.

5    Pursuant FRAP 25 C (1) (b) in the ordinary course of business practice, on
    APRIL 22, 2008, by US mail and EMAIL, I personally mailed in a fully prepaid
6    envelope a copy of

7    PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
    and **WAIVER OF ORAL ARUGUMENT**

8

    To:
9    DAVID C. POWELL, Esq.
    KRISTINE H. CHEN, Esq.
10   REED SMITH LLP
    Two Embarcadero Center, Suite 2000
11   San Francisco, CA
    Email: kchen@reedsmith.,com
12

      I am familiar with the practice of collection and processing correspondence
13   for mailing with the United States Postal Service and, in the ordinary course of
    business, the correspondence would be deposited with the U.S. Postal Service
14   on the day on which it is collected.
      I declare under penalty of perjury under the laws of the State of California at
15   the foregoing is true and correct. Executed at LAGUNA HILLS, CA this day
    of APRIL 22, 2008.

16

17   _[signature]_

18   _____

19

20

PROOF OF EMAIL/MAIL SERVICE