1 | CASE NO. No.07-05561 JF                    **FILED**

2 | PROOF OF EMAIL/MAIL SERVICES

2008 APR 24 P 3: 12

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

3 | I, FELIX TORRES, JR. am over 18 years if age and am not working within above entitled action, that I am a resident of SANTA CRUZ, CALIFORNIA and the

4 | CITY OF SANTA CRUZ, CALIFORNIA.

5 | Pursuant FRAP 25 C (1) (b) in the ordinary course of business practice, on APRIL 22, 2008, by US mail and EMAIL, I personally mailed in a fully

6 | prepaid envelope a copy of

7 | PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE and **WAIVER OF ORAL ARUGUMENT**

8 |

9 | To:
DAVID C. POWELL, Esq.
KRISTINE H. CHEN, Esq.

10 | REED SMITH LLP
Two Embarcadero Center, Suite 2000

11 | San Francisco, CA
Email: kchen@reedsmith.,com

12 |

13 | I am familiar with the practice of collection and processing correspondence for mailing with the United States Postal Service and, in the ordinary course of business, the correspondence would be deposited with the U.S. Postal Service

14 | on the day on which it is collected.

I declare under penalty of perjury under the laws of the State of California at

15 | the foregoing is true and correct. Executed at LAGUNA HILLS, CA this day of APRIL 22, 2008.

16 |

17 | [signature]

18 |

19 |

20 |