1  FELIX TORRES, JR.
   P.O. BOX 8065
2  LAGUNA HILLS, CA 92654
   TELEPHONE: 650-906-1346
3  Email: boalt77@yahoo.com

**FILED**

2008 APR 24  P 3: 11

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

4

5              UNITED STATES DISTRICT COURT
              NORTHER DISTRICT OF CALIFORNIA
6                   SAN JOSE DIVISION

7  FELIX TORRES, JR.,              ) Case No.07-05561 JF
   Individually and on behalf of all  )
8  Similarly Situated Individuals    )
                                    ) DECLARATION OF FELIX TORRES,
9          Plaintiffs,            ) JR. IN SUPPORT OF PLAINTIFF'S
        vs.                       ) OPPOSITION TO DEFENDANTS'
10                                 ) MOTION TO STRIKE  and **WAIVER**
   WELLS FARGO & COMPANY;         ) **OF ORAL ARUGUMENT.**
11 WELLS FARGO BANK  N.A.;  and    )
   DOES 1-10, Inclusive,          ) Complaint filed: 11/01/2007
12                                 )
             Defendants           )
13                                 )
                                   )
14                                 )

15

   I FELIX TORRES, JR. hereby declare:
16

17   1. I filed this case on November 11, 2007 at which time I was a member of the

18      State Bar of California and my license was classified as "not entitled to

19      practice law".  Subsequently,  I was disbarred on December 16, 2007.

20

2. I stipulate to the striking of the phrase "attorney" as it appears in my complaint.

3. I have tried to secure legal counsel in this case but have been unsuccessful Please see attach letter a law firm regarding their declination to represent me in this case.

4. I will continue to seek legal counsel, in the alternative, I will need the assistance of attorneys, paralegals, secretaries, messengers, librarians.

5. My son FELIX A. TORRES is a member of the State Bar of California and a graduate of University of Chicago Law School. He has worked for such firms as Gibson, Dunn, @ Chrutcher, and Morrison @ Foerster. I intend to seek his advise and counsel on this case and compensate him for his time should I settle or win my case.

6. I hereby waive my right to oral argument and appearance at the May 16, 2008 hearing on the matters to be heard on this case.

SIGNED UNDER PENALY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT EXECUTED THIS DATE IN THE COUNTY OF ORANGE IN THE STATE OF CALIFORNIA.

DATED: APRIL 21, 2008

DECLARATION IN OPPOSITION RE MOTION TO STRIKE