| | |
|---|---|
| 1 | CASE NO. No.07-05561 JF |

**FILED**

2008 APR 24 P 2: 11

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

PROOF OF EMAIL/MAIL SERVICES

I, FELIX TORRES, JR. am over 18 years if age and a party to the within above entitled action, that I am a resident of SANTA CRUZ, CALIFORNIA, the CITY OF SANTA CRUZ, CALIFORNIA.

Pursuant FRAP 25 C (1) (b) in the ordinary course of business practice, on APRIL 22, 2008, by US mail and EMAIL, I personally mailed in a fully prepaid envelope a copy of

PLAINTIFF'S DECLARATION IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE and **WAIVER OF ORAL ARUGUMENT**

To:
DAVID C. POWELL, Esq.
KRISTINE H. CHEN, Esq.
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA
Email: kchen@reedsmith.,com

I am familiar with the practice of collection and processing correspondence for mailing with the United States Postal Service and, in the ordinary course of business, the correspondence would be deposited with the U.S. Postal Service on the day on which it is collected.

I declare under penalty of perjury under the laws of the State of California at the foregoing is true and correct. Executed at LAGUNA HILLS, CA this day of APRIL 22, 2008.

*[signature]*

PROOF OF EMAIL/MAIL SERVICE