# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
**Judge Jeremy Fogel, Presiding**
Courtroom 3 - 5th Floor

## Civil Minute Order

Date: May 16, 2008                                        Time in Court: 1 minute

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter: Summer Clanton

---

**TITLE:**   Felix Torres, Jr.  v. Wells Fargo & Company et al
**CASE NUMBER**: C07-5561JF
Plaintiff Attorney present: Not present
Defendant Attorney present: Kristine Chen

---

**PROCEEDINGS: Motion to Dismiss, Motion to Strike**

Motion is granted.