David C. Powell (SBN 129781)
Email: dpowell@reedsmith.com
Kristine H. Chen (SBN 239925)
Email: kchen@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendants
Wells Fargo Bank & Company, Wells Fargo Bank N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FELIX TORRES, JR., Individually and on behalf of all Similarly Situated Individuals,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK N.A.; AND DOES 1-10, Inclusive,<br><br>　　　　Defendants. | Case No. 5:07-cv-05561-JF<br><br>Compl. Filed:　　November 1, 2007<br><br>**DEFENDANT WELLS FARGO BANK, N.A.'S CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Hearing Date:　August 15, 2008<br>Time:　　　　　10:30 a.m.<br>Place:　　　　　Courtroom 3<br><br>Honorable Jeremy Fogel |

DEFENDANT WELLS FARGO BANK, N.A.'S CASE MANAGEMENT CONFERENCE STATEMENT

Defendant Wells Fargo Bank, N.A., by and through its attorneys of record, files this Case Management Conference Statement in connection with the Case Management Conference ("CMC"), scheduled for August 15, 2008 at 10:30 a.m., in Courtroom 3 of this Court.[1]

1. **Jurisdiction and Service:**

Jurisdiction is proper in the Northern District of California. All parties have been served and have appeared.

2. **Facts:**

On November 1, 2007, plaintiff Felix Torres ("Plaintiff") filed this action against Defendants Wells Fargo & Company ("WFC") and Wells Fargo Bank, N.A. ("WFB"). On or about March 6, 2008, the parties filed a joint stipulation striking all class allegations from the Complaint and dismissing WFC from the action with prejudice.

3. **Legal Issues:**

Plaintiff's Complaint alleges three causes of action against WFB: violation of the California Legal Remedies Act, codified at California Civil Code section 1770 et seq.; violation of California Business and Professions Code section 17500, codified at California Business & Professions Code section 17500; and Conspiracy. Plaintiff's claims against WFB are premised on the allegation that WFB improperly ordered items debited to his WFB checking account such that he incurred overdraft and penalty fees.

4. **Motions:**

On March 14, 2008, WFB filed a Motion to Dismiss all of the claims in Plaintiff's Complaint. WFB also filed a Motion to Strike Plaintiff's request for attorney's fees and all references to himself as an attorney in the Complaint. On June 11, 2008, WFB's Motion to Dismiss and Motion to Strike were both granted by this Court. Pursuant to the Court's order dated June 11, 2008, Plaintiff was given 20 days to file an amended complaint.

5. **Amendment of Pleadings:**

To date, Plaintiff has not filed an amended complaint.

6. **Evidence Preservation:** N/A.

---

[1] Plaintiff is appearing in this action pro per. As such, Defendant Wells Fargo Bank, N.A. files this separate case management conference statement. *See* N.D. Cal. Civ. R. 16-9(a).

7. **Disclosures:** N/A.

8. **Discovery:** N/A.

9. **Class Action:** N/A.

10. **Related Cases:** N/A.

11. **Relief:**

To date, Plaintiff has not filed an amended complaint. Because Plaintiff failed to amend his complaint by the Court-ordered deadline, this action should be dismissed with prejudice.

12. **Settlement and ADR:** N/A.

13. **Consent to Magistrate Judge for all Purposes:** N/A.

14. **Other References:** N/A.

15. **Narrowing of Issues:** N/A.

16. **Expedited Schedule:** N/A.

17. **Scheduling:** N/A.

18. **Trial:** N/A.

19. **Disclosure of Non-party Interested Entities or Persons:** N/A.

20. **Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.**

To date, Plaintiff has not filed an amended complaint. Because Plaintiff failed to amend his complaint by the Court-ordered deadline, this action should be dismissed with prejudice.

DATED: August 12, 2008　　　　　　　REED SMITH LLP

By_____
David C. Powell
Kristine H. Chen
Attorneys for Defendants
Wells Fargo & Company and Wells
Fargo Bank, N.A.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922. On August 12, 2008, I served the following document(s) by the method indicated below:

**DEFENDANT WELLS FARGO BANK, N.A.'S CASE MANAGEMENT CONFERENCE STATEMENT**

☒ by transmitting via facsimile on this date from fax number +1 415 391 8269 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☒ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via email to the parties at the email addresses listed below:

Felix Torres, Jr.
P.O. Box 8065
Laguna Hills, CA 92654
Fax: (801) 515-9461
[Plaintiff Pro Se]

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 12, 2008, at San Francisco, California.

*Corinne Cadon*
―――――――――――――――――
Corinne Cadon

```
*********************
*** TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO              4059
RECIPIENT ADDRESS     4784#999995#20001#18015159461#
DESTINATION ID
ST. TIME              08/12 15:16
TIME USE              01'21
PAGES SENT            4
RESULT                OK
```

David C. Powell (SBN 129781)
Email: dpowell@reedsmith.com
Kristine H. Chen (SBN 239925)
Email: kchen@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendants
Wells Fargo Bank & Company, Wells Fargo Bank N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FELIX TORRES, JR., Individually and on behalf of all Similarly Situated Individuals,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK N.A.; AND DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 5:07-cv-05561-JF<br><br>Compl. Filed:   November 1, 2007<br><br>**DEFENDANT WELLS FARGO BANK, N.A.'S CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Hearing Date:   August 15, 2008<br>Time:           10:30 a.m.<br>Place:          Courtroom 3<br><br>Honorable Jeremy Fogel |



**Express Mail®**
UNITED STATES POSTAL SERVICE

**Flat Rate Mailing Envelope**
*For Domestic and International Use*
*Visit us at usps.com*

When used internat affix customs decla (PS Form 2976 or 2

EV 27717272 US

**ORIGIN (POSTAL USE ONLY)**

| PO ZIP Code | Day of Delivery | Flat Rate Envelope |
| --- | --- | --- |
| | ☐ Next ☐ Second | |
| Date In | ☐ 12 Noon ☐ 3 PM | Postage $ |
| Mo. Day Year | Military | Return Receipt Fee |
| Time In | ☐ 2nd Day ☐ 3rd Day | |
| ☐ AM ☐ PM | Int'l Alpha Country Code | COD Fee / Insurance Fee |
| Weight lbs. ozs. | Acceptance Clerk Initials | Total Postage & Fees $ |
| No Delivery ☐ Weekend ☐ Holiday | | |

**CUSTOMER USE ONLY**
METHOD OF PAYMENT:
Express Mail Corporate Acct. No.

FROM: (PLEASE PRINT)    PHONE ( )

KRISTINE H. CHEN
REED SMITH LLP
TWO EMBARCADERO CENTER
SUITE 2000
SAN FRANCISCO, CA  94111

PRESS HARD.
*You are making 3 copies.*

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Mailing Label**
Label 11-F June 2002

**Post Office To Addressee**

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | Employee Signature |
| --- | --- | --- |
| Mo. Day | ☐ AM ☐ PM | |
| Delivery Attempt | Time | Employee Signature |
| Mo. Day | ☐ AM ☐ PM | |
| Delivery Date | Time | Employee Signature |
| Mo. Day | ☐ AM ☐ PM | |

☐ WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday    Customer Signature

Federal Agency Acct. No. or
Postal Service Acct. No.

TO: (PLEASE PRINT)    PHONE ( )

FELIX TORRES, JR.
P.O. BOX 8065
LAGUNA HILLS, CA  92654
TEL 650-906-1346

**FOR PICKUP OR TRACKING CALL 1-800-222-1811 www.usps.com**

Cradle to Cradle Certification is awarded to products that pursue an innovative vision of ecologically-intelligent design that eliminates the concept of waste.
This USPS® packaging has been certified for its material content, recyclability, and manufacturing characteristics.
Please recycle.

EP13F JULY 2007 © U.S. Postal Service