# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, August 15, 2008
**Case Number:** CV-07-5561-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**        **FELIX TORRES, JR. V. WELLS FARGO & COMPANY**

**PLAINTIFF**                          **DEFENDANT**

**Attorneys Present:**                 **Attorneys Present:  Shivani Sutaria**

---

PROCEEDINGS:

Further case management conference  held.  Counsel for defendant is present.
The Court dismisses the case without prejudice for failure to prosecute.